# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ABIL TESHOME, | ) |
|                  PLAINTIFF | ) |
| v. | )   CIVIL NO. 1:20-cv-150 |
| MAINE STATE PRISON, ET AL., | ) |
|                  DEFENDANTS | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 27TH DAY OF AUGUST, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**