UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ABIL TESHOME**, )<br> )<br>    Plaintiff )<br> )<br> )<br>    v. )<br> )<br>**MAINE STATE PRISON,** )<br>    Located in Warren, Maine; )<br>**STATE OF MAINE/** )<br>**DEPARTMENT OF CORRECTIONS** )<br>Augusta, Maine; )<br>**CORRECT CARE SOLUTIONS,** a )<br>Corporation doing business in Maine organized )<br>Under the laws of Tennessee. )<br>**JOHN DOE 1;** individually and as an employee )<br>Of the Maine State Prison; )<br>**JOHN DOE 2;** individually and as an employee )<br>Of the Maine State Prison; )<br>**JOHN DOE 3;** individually and as an employee )<br>Of the Correct Care Solutions; )<br> )<br>    Defendants ) | **DOCKET NO.**<br>**1:20-cv-00150-JAW** |

**PLAINTIFF'S MOTION TO WITHDRAW ALL ALLEGATIONS REGARDING MAINE STATE PRISON AND DEPARTMENT OF CORRECTIONS**

**NOW COMES** Plaintiff, Abil Teshome, by and through counsel, Jon C. Gale,

Esq., and hereby withdraws all allegations regarding Maine State Prison and

Maine Department of Corrections. In support of this motion, through counsel, Plaintiff asserts as follows:

Plaintiff concedes that actions against Maine State Prison and Department of Corrections in this matter are barred in Federal Court by the doctrine of Sovereign Immunity, and hereby withdraws allegations against both parties. Plaintiff reserves the right to pursue remedies in this action against MSP and DOC in State Court.

Dated at Portland, Maine this 23rd day of October, 2020.

                                                           c/Jon C. Gale
                                                           Jon C. Gale, Esq.
                                                           Attorney for Plaintiff

                                                           Jon C. Gale, Esq.
                                                           254 Commercial St.
                                                           Merrill's Warf Suite 245
                                                           Portland, Maine 04101