UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ABIL TESHOME<br>Plaintiff,<br><br>v.<br><br>MAINE STATE PRISON, et al<br>Defendants, | )<br>)<br>)<br>)  Civil No. 1:20-cv-00150-JAW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge John A. Woodcock, Jr. on February 10, 2021,

JUDGMENT is hereby entered in favor of the Defendants John Doe 3 and Correct Care Solutions and against the Plaintiff Abil Teshome on Counts I, IV and V, and

JUDGMENT of dismissal is hereby entered as to all other Counts.

CHRISTA K. BERRY
CLERK

By:   /s/ Lindsey Tully
Deputy Clerk

Dated: February 10, 2021